# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

WILLIAM P. TULENKO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3714

————————————————

September 22, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

William P. Tulenko, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lydon W. Schultz, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.